# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **CHRISTOPHER YOUNG,**<br><br>Plaintiff,<br><br>v.<br><br>**LAURA HOWARD, et al.,**<br><br>Defendants. | Case No. 23-1007-JAR |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation filed on June 14, 2023 (Doc. 10). Fourteen days having passed, and no written objections being filed to the proposed findings and recommendations filed by Magistrate Gwynne E. Birzer, and after a de novo determination upon the record pursuant to Fed. R. Civ. P. 72(b), the Court accepts the recommended decision and adopts it as its own.

**IT IS THEREFORE ORDERED BY THE COURT** that that in accordance with the June 14, 2023, Report and Recommendation (Doc. 10), the Complaint (Doc. 1) is DISMISSED for failure to state a claim upon which relief may be granted.

**IT IS SO ORDERED.**

Dated: July 18, 2023

S/ Julie A. Robinson<br>
JULIE A. ROBINSON<br>
UNITED STATES DISTRICT JUDGE